UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GREEN ACRES BAPTIST CHURCH, INC., GABC EARLY EDUCATION CENTER, and GABC FOUNDATION<br>*Plaintiffs,*<br><br>v.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY<br>*Defendant.* | § § § § § § § § § § § | Civil Action No. 6:23-cv-566 |

## JOINT REPORT REGARDING MEDIATION

Pursuant to the Court's Order dated July 17, 2024, please let this Joint Report Regarding Mediation serve to notify the Court that the Parties herein have completed two mediations in this matter with Mr. Paul Van Osselaer. The mediations occurred on October 16, 2023, and October 8, 2024. The parties have not been able to reached a resolution.

*[Signatures on following pages]*

Respectfully submitted,

**RAIZNER SLANIA LLP**

By:   */s/ Andrew P. Slania*
JEFFREY L. RAIZNER
Attorney-in-Charge
State Bar No. 00784806
2402 Dunlavy Street
Houston, Texas 77006
Phone: 713.554.9099
Fax:   713.554-9098
jraizner@raiznerlaw.com

*Of Counsel*:

ANDREW P. SLANIA
State Bar No. 24056338
TODD R. WELLS
State Bar No. 24124620
efile@raiznerlaw.com
2402 Dunlavy Street
Houston, Texas 77006
Phone: 713.554.9099
Fax:   713.554-9098
**ATTORNEYS FOR PLAINTIFFS**

– and –

**ZELLE LLP**

By:   */s/ Eric K. Bowers*
   Eric Bowers
   Texas Bar No. 24045538
   ebowers@zellelaw.com
   Austin J. Taylor
   Texas Bar No. 24125862
   ataylor@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:    214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT
BROTHERHOOD MUTUAL
INSURANCE COMPANY**