IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GREEN ACRES BAPTIST CHURCH, INC., GABC EARLY EDUCATION CENTER, and GABC FOUNDATION, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-566-JDK |
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § § § | |

**FINAL JUDGMENT**

On this day the Court considered Defendant Brotherhood Mutual Insurance Company's Rule 50(b) renewed motion for judgment as a matter of law. Docket No. 96.

In accordance with the Court's Memorandum Opinion and Order entered this same day, Brotherhood's motion (Docket No. 96) is **GRANTED** in its entirety, and Brotherhood's alternative motion for new trial (Docket No. 97) is conditionally **GRANTED** pursuant to Federal Rule of Civil Procedure 50(c). Accordingly, judgment is entered as follows:

1. Green Acres's cause of action against Brotherhood for breach of contract is **DISMISSED** with prejudice;

1

2. Green Acres's cause of action against Brotherhood for breach of the common-law duty of good faith and fair dealing is **DISMISSED** with prejudice;

3. Green Acres's causes of action against Brotherhood for violations of Texas Insurance Code Chapter 541 and the Texas Deceptive Trade Practices Act are **DISMISSED** with prejudice;

4. Green Acres's cause of action against Brotherhood for violations of Texas Insurance Code Chapter 542 is **DISMISSED** with prejudice; and

5. Green Acres takes nothing on its claims for actual and exemplary/punitive damages related to these dismissed causes of action.

This Judgment is intended to dispose of all causes of action against all parties and is appealable. All other pending motions are hereby **DENIED** as moot.

So **ORDERED** and **SIGNED** this **3rd** day of **July, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE